# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 02, 2024

Mr. Robert A. Schwartz  
U.S. Commodity Futures Trading Commission  
Office of General Counsel  
1155 21st Street, N.W.  
Suite 3 Lafayette  
Washington, DC 20581-0000

Ms. Anne Whitford Stukes  
U.S. Commodity Futures Trading Commission  
Office of General Counsel  
1155 21st Street, N.W.  
Washington, DC 20581-0000

    No. 24-50079   In re: Kevin Clarke  
                       USDC No. 1:22-CV-909

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Petitioners' Petition for writ of mandamus be filed in this office on or before February 9, 2024 by 12:00 PM.

Judge David Ezra is also invited, but not required, to respond to the Petitioners' Petition for writ of mandamus. Any response would be due for filing by February 9, 2024 by 12:00 PM.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Mary Frances Yeager, Deputy Clerk  
                            504-310-7686

cc:   Honorable Judge David Ezra  
       Mr. Michael J. Edney