No. 24-50079

# In the United States Court of Appeals for the Fifth Circuit

IN RE: KEVIN CLARKE, TREVOR BOECKMANN, HARRY CRANE, CORWIN SMIDT, PREDICT IT, INC., ARISTOTLE INTERNATIONAL, INC., MICHAEL BEELER, MARK BORGHI, RICHARD HANANIA, JAMES D. MILLER, JOSIAH NEELEY, GRANT SCHNEIDER, AND WES SHEPHERD,

*Petitioners.*

---

On Petition for Writ of Mandamus from the United States District Court for the Western District of Texas (1:22-cv-00909)

---

**PETITIONERS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS**

---

| | |
|---|---|
| Michael J. Edney | John J. Byron |
| HUNTON ANDREWS KURTH LLP | STEPTOE & JOHNSON LLP |
| 2200 Pennsylvania Avenue, NW | 227 West Monroe Street, Suite 4700 |
| Washington, DC 20037 | Chicago, Illinois 60606 |
| T: (202) 778-2204 | T: (312) 577-1300 |
| medney@huntonak.com | jbyron@steptoe.com |

*Counsel for Petitioners Kevin Clarke, Trevor Boeckmann, Harry Crane, Corwin Smidt, Predict It, Inc., Aristotle International, Inc., Michael Beeler, Mark Borghi, Richard Hanania, James D. Miller, Josiah Neeley, Grant Schneider, and Wes Shepherd*

February 16, 2024

Petitioners respectfully seek leave to file a brief reply in support of their petition for writ of mandamus, which has been filed simultaneously with this motion. Respondent Commodity Futures Trading Commission ("CFTC" or "Commission") opposes this motion.

On February 1, 2024, Petitioners filed their petition seeking mandamus relief from the District Court's order transferring *Clarke v. Commodity Futures Trading Commission* to Washington D.C. ECF No. 1. The transfer occurred after this Court's thorough decision in Case No. 22-51124, *Clarke v. Commodity Futures Trading Comm'n*, 74 F.4th 627 (5th Cir. 2023), and before the parties were notified of the transfer decision. As Petitioners more fully explain in the Petition, the District Court clearly abused its discretion in transferring the case and mandamus is appropriate under the circumstances.

This Court docketed the petition and called for a response on February 2, 2024. ECF No. 13. Nominal Respondent Senior U.S. District Court Judge David A. Ezra filed a response on February 6, 2024. ECF No. 21. Respondent CFTC filed its response on February 9, 2024. ECF No. 24.

Rather than demonstrate why Washington D.C. is a more convenient forum, the CFTC's response both confirms that the agency pursued a transfer to reargue the case from first principles under the D.C. Circuit's precedents and serves as a blueprint for federal agencies to avoid Fifth Circuit review of decisions with a

national impact. Petitioners' reply brief will aid the Court by briefly responding to the Commission's arguments, clarifying the record and the law on issues determinative to the mandamus petition.

Petitioners attach their proposed reply brief, which is 3,932 words. The brief is just over half of the 7,800-word limit applicable to petitions for mandamus and responses under Fed. R. App. P. 21(d)(1). *See* Fed. R. App. P. 32(a)(7)(B)(ii). This reasonable total is necessary to fully respond not only to the CFTC's Response, but also to the District Court's Response.

Accordingly, Petitioners respectfully request that this Court grant them leave to file the attached reply brief in support of their petition for writ of mandamus.

Dated: February 16, 2024

                                      Respectfully submitted,

/s/ *Michael J. Edney*

Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
T: (202) 778-2204
medney@huntonak.com

John J. Byron
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, Illinois 60606
T: (312) 577-1300
jbyron@steptoe.com

*Counsel for Petitioners Kevin Clarke, Trevor Boeckmann, Harry Crane, Corwin Smidt, Predict It, Inc., Aristotle International, Inc., Michael Beeler, Mark Borghi, Richard Hanania, James D. Miller, Josiah Neeley, Grant Schneider, and Wes Shepherd*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing motion was served via CM/ECF on all counsel of record.

*/s/ Michael J. Edney*
Michael J. Edney
*Counsel of Record for Petitioners*

## CERTIFICATE OF CONFERENCE

I hereby certify that that counsel for Petitioners contacted counsel for the CFTC regarding the foregoing motion. Counsel for the CFTC stated that the CFTC opposes the motion. *See* 5th Cir. R. 27.4.

*/s/ Michael J. Edney*
Michael J. Edney
*Counsel of Record for Petitioners*

# **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6), *see* Fed. R. App. P. 27(d)(1)(E), because it was prepared in 14-point Times New Roman, a proportionally spaced typeface, using Microsoft Word. This motion complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 340 words, excluding the parts exempted by Rule 32(f).

I also certify that the facts supporting this motion are true and complete. *See* 5th Cir. R. 27.3.

> */s/ Michael J. Edney*
> Michael J. Edney
> *Counsel of Record for Petitioners*