No. 24-50079

IN THE

# United States Court Of Appeals
# For The Fifth Circuit

IN RE: KEVIN CLARKE; TREVOR BOECKMANN; HARRY CRANE; CORWIN SMIDT; ARISTOTLE INTERNATIONAL, INCORPORATED; PREDICT IT, INCORPORATED; MICHAEL BEELER; MARK BORGHI; RICHARD HANANIA; JAMES D. MILLER; JOSIAH NEELEY; GRANT SCHNEIDER; WES SHEPHERD, *Petitioners*,

ON PETITION FOR A WRIT OF MANDAMUS FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, NO. 1:22-CV-00909-DAE

**COMMODITY FUTURES TRADING COMMISSION'S OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PETITION FOR WRIT OF MANDAMUS**

Robert A. Schwartz
  *General Counsel*
Anne W. Stukes
  *Deputy General Counsel*
Martin White
  *Senior Assistant General Counsel*
U.S. COMMODITY FUTURES
  TRADING COMMISSION
3 Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Phone: (202) 418-5129
Fax: (202) 418-5521
mwhite@cftc.gov

February 20, 2024

Respondent Commodity Futures Trading Commission moves for leave to file a two-page sur-reply to the reply filed by Petitioners.  Counsel for Petitioners has advised counsel for the CFTC that Petitioners do not consent to this motion.  A copy of the proposed sur-reply is attached to this motion.  The purpose of the sur-reply is to clarify that, despite some differences in language from the original petition for mandamus, the reply in support of mandamus adds no material new arguments beyond those already rebutted in the CFTC's response.

### CONCLUSION

The CFTC should be granted leave to file a short sur-reply in opposition to mandamus.

Respectfully submitted,

/s/ *Martin B. White*
Robert A. Schwartz (D.C. Bar No. 489240)
 *General Counsel*
Anne W. Stukes (D.C. Bar. No. 469446)
 *Deputy General Counsel*
Martin B. White (D.C. Bar. No. 221259)
 *Senior Assistant General Counsel*

U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC  20581
Phone:  (202) 993-1390
Fax:  (202) 418-5567
mwhite@cftc.gov

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2024, I caused the foregoing motion to be served on the

Clerk of the Court using the Court's CM/ECF system, which will send notice to all counsel of

record in this case.

/s/ *Martin B. White*
Martin B. White