# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-50079

———————

In re Kevin Clarke; Trevor Boeckmann; Harry Crane;
Corwin Smidt; Aristotle International, Incorporated;
Predict It, Incorporated; Michael Beeler;
Mark Borghi; Richard Hanania; James D. Miller;
Josiah Neeley; Grant Schneider; Wes Shepherd,

*Petitioners.*

———————————————————————

Petition for Writ of Mandamus to
the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-909

———————————————————————

ORDER:

IT IS ORDERED that respondent's opposed motion for leave to file a sur-reply to the petition for writ of mandamus is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT